AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
**VANESSA L. ARMSTRONG**

DEC 17 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KEVIN DIETZ** | )<br>)<br>)   Case No. 3:15-MJ-555<br>) |

### CRIMINAL COMPLAINT

I, Virginia MacHenry, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between February 19-23, 2015, in the special maritime and territorial jurisdiction of the United States, that is, Fort Knox Military Base, in the county of Hardin in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(d) and (e) | Knowingly published a notice/advertisement seeking to receive child pornography |
| 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) | Knowingly received child pornography |
| 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) | Knowingly possessed child pornography |

This criminal complaint is based on these facts:

X      Continued on the attached sheet

_____
*Complainant's signature*

Virgina MacHenry
Special Agent, Federal Bureau of Investigation

*Sworn to before me and signed in my presence.*

Date: 12/17/2015

_____
*Judge's Signature*
COLIN H. LINDSAY
United States Magistrate Judge
*Printed Name and Title*

City and State: Louisville, Kentucky

JEK;JEL

## AFFIDAVIT

I, Virginia MacHenry, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI since February 2013, and am currently assigned to the Louisville Division, Bowling Green Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through various trainings, conferences and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have investigated child pornography/exploitation cases for the last 2 years.

2. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Kevin Dietz violated federal law by knowingly advertising, receiving and possessing child pornography, in violation of 18 U.S.C. §§ 2251(d) and (e), 2252A(a)(2)(A), (a)(5)(B), (b)(1) and (b)(2).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

4. Kevin Dietz, a user of the Internet account at a residential address on Brown Avenue, Fort Knox, Kentucky, 40121, has been linked to an online community of individuals who regularly send and receive child pornography via a website that operated on an anonymous online network. The website is described below and referred to herein as "Website A."[1] Dietz's activity on Website A occurred between February 19-22, 2015.

5. According to Dietz's profile page on "Website A," he registered an account on February 19, 2015. According to the Statistics section of Dietz's user profile, he was actively logged into the website for a total of seven hours, between the dates of February 19, 2015 and February 23, 2015.

6. On February 20, 2015, Dietz made a post entitled "looking for this video" to the thread titled "Request." Among other things, the post stated, "been looking for a video of a blonde girl sucking on a purple rabbit style vib, heard there is a lot more to it besides the sucking. Found a few gifts but nothing else." In response, another user posted a hyperlink to a previous post made on Website A's site. This post had been made on January 18, 2015, and contained, among other things, preview images, also known as contact sheets, that included numerous smaller images and hyperlinks to full video files. Some of the images depicted an early pubescent female orally and vaginally penetrating herself with a purple cylindrical object. The full video files were downloaded, one of which depicted the same early pubescent female being orally and vaginally penetrated by the purple cylindrical object. In response to this post, Dietz posted "THANK YOU!"[2]

7. On February 22, 2015, Dietz accessed a post on "Website A," in the "Kinky Fetish – Bondage"

---

[1] The actual name of "Website A" is known to law enforcement. Disclosure of the name of the site would potentially alert its members to the fact that law enforcement action is being taken against the site and its users, potentially provoking members to notify other members of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified as "Website A."

forum. Among other things, this post contained a hyperlink to an external website containing a preview image, also known as a contact sheet, as well as a hyperlink to the full file and a password to open the file. Numerous replies to this post were also made by other users. Although the hyperlink to the preview image was no longer available, the full video file was downloaded and depicted, among other things, a prepubescent female being anally and vaginally penetrated by another individual's finger and penis.[2]

8. On December 16, 2015, law enforcement officials executed a federal Search Warrant at Dietz's residence on Brown Avenue, Fort Knox, Kentucky, 40121. No one was at the residence when law enforcement officials executed the warrant.

9. Law enforcement officials called Dietz at his place of employment on Fort Knox Military Base and asked him to return to the residence. He did so.

10. During the search, including the use of onsite preview software, law enforcement officials discovered thousands of child pornography still images and videos on a laptop, psp (playstation), external harddrive, and Kindle.

11. Law enforcement officials advised Dietz of his constitutional rights. He waived those rights and agreed to talk to them. During the course of the interview, Dietz admitted that additional photos were located on a desktop and his phone. He admitted to looking at, downloading, and storing pornography to include child pornography. He admitted to being addicted to pornography, claiming that it started when he was seven years old. Dietz also admitted that the pictures found during the onsite preview were only a portion of the images he had viewed. According to Dietz, about half of the child pornography was deleted to prevent his wife from finding it. He did not remember the specific username he used on "Website A" or the specifics of videos he viewed. A majority of the still images

---

[2] Still image samples from the video have been shown to the reviewing Magistrate Judge in connection with the application process for a federal Search Warrant and will be maintained in a secure manner by Affiant.

discovered through the onsite preview involved girls approximately 10-12 years of age, with many focusing on up close images of the children's genitalia or masturbation.

## Conclusion

12. Based on the foregoing, there is probable cause to believe that in or about and between February 19-22, 2015, in the Western District of Hardin County, Kentucky, on the special maritime and territorial jurisdiction of the United States, that is, Fort Knox Military Base, Kevin Dietz:

    a. knowingly published a notice and advertisement seeking to receive visual depictions of minors engaged in sexually explicit conduct knowing and having reason to know that such notice and advertisement will be transported using any means or facility of interstate commerce, including by computer, in violation of 18 U.S.C. §§ 2251(d) and (e);

    b. knowingly received child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), by using the Internet, a means or facility of interstate and foreign commerce, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1); and

    c. knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

_____
Special Agent Virginia MacHernry
Federal Bureau of Investigation

Sworn to me this 17th day of December, 2015.

_____
COLIN H. LINDSAY
United States Magistrate Judge

---

[3] *Id.*