

## Case Assignment
## Standard Magistrate Assignment

Case number **3:15MJ-555**

Note: Judge determined by charging documentation.

Assigned on 12/17/2015 11:22:29 AM
Transaction ID: 1692

Return