USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

**VS.**                                                         **CRIMINAL ACTION NUMBER: 3:15-MJ-555**

**KEVIN DIETZ**                                                                                      **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, and was called in open Court on December 17, 2015 to conduct an initial appearance on a complaint.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant U.S. Attorney |
| For the defendant: | Defendant, Kevin Dietz- Present and in custody<br>Patrick J. Renn, retained counsel - Present |
| Court Reporter: | Alan Wernecke |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein, and was advised of his rights.

The United States having moved for detention,

**IT IS HEREBY ORDERED** that this case is scheduled for a preliminary and detention hearing on **December 18, 2015 at 2:30 p.m.** before Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is **remanded** to the custody of the U.S. Marshal Service pending further order of the Court.

This 17th day of December, 2015

**ENTERED BY ORDER OF THE COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
BY: *Theresa L. Burch -* **Deputy Clerk**

Copies: U.S. Attorney
 U.S. Probation
 Counsel for Defendant

 0|05