AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

**FILED**
VANESSA L. ARMSTRONG, CLERK

DEC 17 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:15-MJ-555 |
| Kevin   Dietz | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin  Dietz

Date:  12/17/2015

_____
*Attorney's signature*

Patrick J. Renn  83577
*Printed name and bar number*

600  West Main St Ste 100
Louisville Ky 40202
*Address*

prenn@600westmain.com
*E-mail address*

502 540 5700
*Telephone number*

502 568 3600
*FAX number*