USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                         **PLAINTIFF**

**VS.**                                                                 **CRIMINAL ACTION NUMBER: 3:15MJ-555**

**KEVIN DIETZ**                                                                                      **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on December 18, 2015 to conduct a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Kevin Dietz - Present and in custody |
| | Patrick J. Renn, Retained - Present |
| Court Reporter: | Digitally Recorded |

A preliminary hearing was held and the Court heard sworn witness testimony and arguments from counsel. For the reasons fully stated on the record, the Court found probable cause. Accordingly;

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Thursday, January 28, 2016 at 9:30 a.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

The Court having heard sworn witness testimony and arguments from counsel as to the matter of detention;

**IT IS FURTHER ORDERED** that the matter of detention stands submitted to the Magistrate Judge and will be addressed by separate order.

This 21st day of December, 2015        **ENTERED BY ORDER OF THE COURT:**
                                       **DAVE WHALIN**
                                       **UNITED STATES MAGISTRATE JUDGE**
                                       **VANESSA L. ARMSTRONG, CLERK**
                                       **BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

1|00