UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
VANESSA L. ARMSTRONG, CLERK

JAN - 5 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**KEVIN DIETZ**

NO. 3:16 CR-1 DJH

INDICTMENT

18 U.S.C. § 2251(d)(1)(A)
18 U.S.C. § 2251(d)(2)(B)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(A)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

### COUNT 1

On or about February 20, 2015, in the Western District of Kentucky, Hardin County, Kentucky, on the special maritime and territorial jurisdiction of the United States, that is, Fort Knox Military Base, the defendant, **KEVIN DIETZ**, knowingly made and published a notice and advertisement seeking to receive a visual depiction, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, such notice and advertisement being transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A), (d)(2)(B) and (e).

The Grand Jury further charges:

## COUNT 2

In or about and between February 19-23, 2015, in the Western District of Kentucky, Hardin County, Kentucky, on the special maritime and territorial jurisdiction of the United States, that is, Fort Knox Military Base, the defendant, **KEVIN DIETZ**, knowingly received child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate commerce and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3

On or about December 16, 2015, in the Western District of Kentucky, Hardin County, Kentucky, on the special maritime and territorial jurisdiction of the United States, that is, Fort Knox Military Base, the defendant, **KEVIN DIETZ**, knowingly possessed material that contained an image of child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), and different than that referenced in Count 2, that involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of 18 U.S.C. § 2251(d)(1)(A),

2

2251(d)(2)(B), 2252A(a)(2)(A), and 2252A(a)(5)(A), as alleged in Counts 1 - 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **KEVIN DIETZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, the following:

1. any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses; and

2. all visual depictions which were produced, transported, mailed, shipped or received in violation of the law; all property, real and personal, used or intended to be used to commit or to promote the commission of the offense.

A TRUE BILL.

Redacted

FOREPERSON

*[signature]*
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:JEL:151228

UNITED STATES OF AMERICA v. KEVIN DIETZ

## PENALTIES

Count 1: NL 15 yrs./NM 30 yrs./ $250,000/both/NL 5 yrs./NM life Supervised Release
Count 2: NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
Count 3: NM 10 yrs. (NM 20 yrs. if prepubescent images)/$250,000/both/NL 5 yrs./NM life supervised release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual          Felony: $100 per count/individual
             $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY   40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY   42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY   42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY   42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

KEVIN DIETZ

## INDICTMENT
Title 18 U.S.C. §§ 2251(d)(1)(A); 2251(d)(2)(B); 2251(e); 2252A(a)(2)(A); 2252A(b)(1); 2252A(a)(5)(A); 2252A(b)(2):
**Making and Publishing a Notice and Advertisement Seeking to Receive Child Pornography, Such Notice Being Transported in Interstate Commerce Via Computer; Receiving Child Pornography, Shipped and Transported in Interstate Commerce Via Computer; Possessing Material that Contains an Image of Child Pornography.**

*A true bill.*

[Redacted]

*Foreperson*

*Filed in open court this 5th day, of January, A.D. 2016.*

_____
Clerk

*Bail, $*

**FILED**
VANESSA L. ARMSTRONG, CLERK

JAN -5 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY