

## Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-1-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 1/5/2016 2:50:54 PM
Transaction ID: 1817

Request New Judge    Return