UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                                                          3:16 CR-1 DJH

KEVIN DIETZ                                                          DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7065
FAX:   (502) 582-5097
Email: jo.lawless@usdoj.gov

FILED
VANESSA L. ARMSTRONG, CLERK

JAN - 5 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY