UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                                    CASE NO. 3:16-CR-1-DJH

KEVIN DIETZ                                                           DEFENDANT

## APPEARANCE OF COUNSEL

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, Kevin Dietz.

Respectfully Submitted,

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com