UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO.: <u>3:16CR-1-DJH</u>

KEVIN DIETZ     DEFENDANT

<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>
*- Electronically Filed -*

Assistant United States Attorney A. Spencer McKiness hereby enters his appearance of record on behalf of the United States of America. Please remove Jo E. Lawless as counsel of record in the above-styled case and she should also be removed from the electronic notification process.

           Respectfully submitted,

           JOHN E. KUHN, JR.
           United States Attorney

           <u>s/A. Spencer McKiness</u>
           Assistant U.S. Attorney
           717 West Broadway
           Louisville, Kentucky 40202
           (502) 582-5911
           (502) 582-5067 (fax)

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 7, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn.

                                         <u>s/A. Spencer McKiness</u>
                                         Assistant U.S. Attorney