# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                                        **CASE NO. 3:16-CR-1-DJH**

**KEVIN DIETZ**                                                           **DEFENDANT**

## ORDER
*** *** *** *** ***

Upon Motion of the Defendant, **KEVIN DIETZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Detention Order in this case be, and hereby is, revoked.