UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                                          CRIMINAL NO.: <u>3:16-CR-1-DJH</u>

KEVIN DIETZ                                                                                                DEFENDANT

<u>MOTION FOR EXTENSION OF TIME</u>
*- Electronically Filed -*

      The United States of America, through counsel, A. Spencer McKiness, hereby moves this Court to enter an order extending the time in which to respond to Kevin Dietz's motion for review of the detention order. As grounds for said extension, the government states that in order to adequately respond to Dietz's motion, the government will need to obtain a copy of the transcript from the preliminary and detention hearing that took place on December 18, 2015. Current counsel for the government was not counsel of record during that hearing, and Dietz's motion heavily cites oral statements presented by both parties in his motion. The government thus asks for 14 days after receipt of the transcripts to file its response to Dietz's motion.

                                       Respectfully submitted,

                                       JOHN E. KUHN, JR.
                                       United States Attorney

                                       <u>s/*A. Spencer McKiness*</u>
                                       A. Spencer McKiness
                                       Assistant U.S. Attorney
                                       717 West Broadway
                                       Louisville, Kentucky 40202
                                       (502) 582-5911
                                       (502) 582-5067 (fax)

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 25, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Patrick J. Renn.

                                        <u>s/*A. Spencer McKiness*</u>
                                        Assistant U.S. Attorney