UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                 CRIMINAL NO.: <u>3:16-CR-1-DJH</u>

KEVIN DIETZ                                                                                DEFENDANT

<u>ORDER</u>

This matter having come before the Court on the Motion of the United States of America, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the United States Motion be and the same is hereby **GRANTED**. The Government's Response to the Defendants motion will be due 14 days after receipt of the transcripts needed.