UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-1-DJH

KEVIN DIETZ,     Defendant.

\* \* \* \* \*

## ORDER

This matter having come before the Court on the United States' motion, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the motion for extension of time (Docket No. 20) is **GRANTED**. The United States' response to Defendant Dietz's motion will be due **seven (7) days** after receipt of the necessary transcripts.

January 28, 2016

**David J. Hale, Judge**
**United States District Court**