UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                                                                       CRIMINAL NO.: <u>3:16-CR-1-DJH</u>

KEVIN DIETZ                                                                                                    DEFENDANT

<u>PROPOSED ORDER</u>

The United States, having responded to the defendant's motion for review of the detention order, and the Court being otherwise sufficiently advised,

It is hereby **ORDERED** that the defendant's motion be DENIED.