UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                              Criminal Action No. 3:16-cr-1-DJH

KEVIN DIETZ,                                                           Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE

The Court conducted a telephonic status conference on March 8, 2016, with the following

counsel participating:

|               |                    |
|---------------|--------------------|
| For Plaintiff:| Spencer McKiness   |
| For Defendant:| Patrick Renn       |

The Court and counsel discussed the impact of the superseding indictment and additional

discovery on the existing trial schedule.  Both counsel indicated that a continuance is necessary.

The United States indicated that it will file a motion to continue within a few days.

March 8, 2016

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg