UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                                    CRIMINAL NO.:   3:16-CR-1-DJH

KEVIN DIETZ                                                       DEFENDANT

JOINT MOTION TO CONTINUE TRIAL
*ELECTRONICALLY FILED*

      The United States of America, by counsel, and Kevin Dietz, by counsel, having conferred with one another, hereby jointly move this Court to continue the jury trial scheduled for March 28, 2016. As grounds for said motion, the parties state that the United States recently filed a Superseding Indictment against the defendant, which greatly increased the mandatory minimum sentence against him. The defendant has yet to be arraigned on the new charge, and the government needs additional time to provide the defendant with discovery related to the charges. There may also be additional motion practice relating to the new charges. Because of the aforesaid reasons, the parties are jointly requesting that the court continue the trial and reset the trial schedule. The parties respectfully request the Court to continue the trial until either the week of May 16, or the week of May 23 of 2016.

The undersigned has been authorized by counsel for Kevin Dietz to represent to the court that he joins in this motion.

> Respectfully submitted,
>
> DAVID J. HALE
> United States Attorney
>
> s/*A. Spencer McKiness*
> A. Spencer McKiness
> Assistant U.S. Attorney
> 717 West Broadway
> Louisville, Kentucky   40202
> PH:   (502) 582-6006
> FAX: (502) 582-5067
> Email: spencer.mckiness@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Patrick Renn, counsel for the defendant.

> s/ *A. Spencer McKiness*
> A. Spencer McKiness
> Assistant U.S. Attorney