UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                           Plaintiff,

v.                                                                      Criminal Action No. 3:16-cr-1-DJH

KEVIN DIETZ,                                                                         Defendant.

\* \* \* \* \*

**ORDER**

The parties have jointly moved the Court to continue the trial currently scheduled for March 28, 2016, because of a recently filed superseding indictment and to provide time for Defendant to receive discovery relating to the new charge. All parties agreed that this delay serves the ends of justice and should be excluded from the Speedy Trial Act. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The motion to continue (Docket No. 33) is **GRANTED**. The trial is **RESET** for **May 17, 2016, at 9:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that the period of delay from March 28, 2016, to   is excludable in computing the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by granting the motion for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general

1

congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

   (3) New pretrial compliance deadlines shall be set during Defendant's arraignment on his superseding indictment.

March 11, 2016

<br>

**David J. Hale, Judge**
**United States District Court**

cc: Jury Administrator