**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:16CR-01-DJH** |
| **KEVIN DIETZ** | **DEFENDANT** |

**O R D E R**

    This matter came before the Court on March 24, 2016 for arraignment on the Superseding Indictment. The United States was represented by A. Spencer McKiness, Assistant United States Attorney. The defendant, Kevin Dietz, appeared in custody, with Patrick J. Renn, retained counsel. The proceedings were digitally recorded.

    The defendant was furnished with a copy of the Superseding Indictment. The defendant, through counsel, acknowledged his identity, waived formal reading of the Superseding Indictment, and entered pleas of **NOT GUILTY** to the charges contained therein.

    This matter remains on the Court's docket as scheduled for a jury trial on **May 17, 2016 at 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

    **IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the United States Marshal Service pending further order of the Court.

Date: March 24, 2016        **ENTERED BY ORDER OF THE COURT**
                                          **COLIN H. LINDSAY**
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **VANESSA L. ARMSTRONG, CLERK**
                                           By:   /s/ *Theresa L. Burch* **- Deputy Clerk**

Copies to:
United States Attorney
Counsel for Defendant

☐ 05