UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                            CRIMINAL NO.:   3:16-CR-1-DJH

KEVIN DIETZ                                                                        DEFENDANT

JOINT MOTION TO CONTINUE TRIAL
*ELECTRONICALLY FILED*

 The United States of America, by counsel, hereby moves this Court to continue the jury

trial scheduled for May 17, 2016.   As grounds for said motion, the government states that there

is outstanding discovery that needs to be provided to the defense before it can adequately defend

the pending charges.   The parties are awaiting completion of a forensic report of electronic

storage devices owed by the defendant.   Because of the aforesaid reasons, the parties are jointly

requesting that the court continue the trial and reset the trial schedule.   The parties respectfully

request the Court to continue the trial for approximately 30 days.

 The undersigned has conferred with counsel for Kevin Dietz, who has represented that

there is no objection to this motion.

Respectfully submitted,

DAVID J. HALE
United States Attorney

s/*A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky   40202
PH:   (502) 582-6006
FAX: (502) 582-5067
Email: spencer.mckiness@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Patrick Renn, counsel for the defendant.


<u>s/ *A. Spencer McKiness*</u>
A. Spencer McKiness
Assistant U.S. Attorney

2