UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                     CRIMINAL NO.:    <u>3:16-CR-1-DJH</u>

KEVIN DIETZ                                                        DEFENDANT

## **ORDER**

The United States of America having filed a Joint motion to move this Court to continue the trial, and the Court finding that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendant in a speedy trial; and the Court being otherwise sufficiently advised,

It is **ORDERED** and **ADJUDGED** that the trial scheduled for May 17, 2016, be, and the same hereby is, vacated.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter be, and the same is hereby continued and reassigned to _____, at the hour of _____ for trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).