UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:16-cr-1-DJH |
| KEVIN DIETZ, | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE & ORDER

The Court held a status conference in this matter on April 21, 2016, with the following counsel participating:

       For Plaintiff:       Spencer McKiness

       For Defendant:    Patrick Renn

The parties updated the Court on ongoing developments with electronic discovery.

After the conference, the United States of America moved the Court to continue the trial currently scheduled for May 17, 2016, so as to allow additional time to address outstanding discovery. The motion is agreed to by the Defendant, with all parties agreed that this delay serves the ends of justice and should be excluded from the Speedy Trial Act. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The motion to continue (Docket No. 38) is **GRANTED**. The trial is **RESET** for **July 19, 2016, at 9:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that the period of delay from May 17, 2016, to July 19, 2016, is excludable in computing the time within which the trial must commence under the Speedy Trial

Act. The Court further finds that the ends of justice served by granting the motion for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

(3) The pretrial deadlines (D.N. 36) are **EXTENDED** commensurate with this Order.

(4) This matter is **SET** for a status conference on **May 17, 2016, at 10 a.m.** in the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

April 22, 2016

**David J. Hale, Judge**
**United States District Court**

Court Reporter: Dena Legg
Court Time: 00/10
cc: Jury Administrator