UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                    Criminal Action No. 3:16-cr-1-DJH

KEVIN DIETZ,                                                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a status conference in this matter on May 17, 2016, with the following counsel participating:

> For Plaintiff:        Spencer McKiness
>
> For Defendant:   Patrick Renn

The defendant was present. The Court and parties discussed the status of the case. The United States reported that it still awaits the completion of the electronic discovery. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that:

(1)     The United States **SHALL** complete service of all remaining discovery on or before **June 7, 2016**.

(2)     The dates and deadlines referenced in the Court's prior order (Docket No. 39) remain in place.

Court Time: 00/05
Court Reporter: Alan Wernecke