UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:16-cr-1-DJH

KEVIN DIETZ,                                                                 Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE

The Court conducted a telephonic status conference in this matter on June 6, 2016, with

the following counsel participating:

For Plaintiff:        Spencer McKiness

For Defendant:        Patrick Renn

The parties reported that discovery is being produced in compliance with the Court's prior order.

(*See* Docket No. 40).

June 6, 2016

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
ECRO