USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment-Page 3 of 7

**DEFENDANT: Dietz, Kevin**
**CASE NUMBER: 3:16-CR-1-1-DJH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **term of 180 months** as to Counts 2-4 of the Superseding Indictment, which shall be served concurrently, for a total term of 180 months imprisonment.

☒ The Court makes the following recommendations to the Bureau of Prisons: 1) the defendant should be evaluated for participation in the Sex Offender Treatment Program; and 2) the defendant should be housed as close to home as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ A.M. / P.M. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ Before 2:00 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _11-16-16_ To _FCI ASHLAND_____

at _ASHLAND, KY_____, with a certified copy of this judgment.

_J. Bishop, Acting Warden_
UNITED STATES MARSHAL

By _M. Guy /MG_ CSO
Deputy U.S. Marshal