**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                                                     **CRIMINAL NO. 3:16CR-1-DJH**
*Electronically Filed*

**KEVIN DIETZ**                                                           **DEFENDANT**

## MOTION FOR DESTRUCTION AND/OR DISPOSAL OF EVIDENCE

The United States respectfully requests that the Court enter the attached Court for the Destruction and/or Disposal of Evidence.

On or about January 5, 2016, the Federal Bureau of Investigation (FBI), Western District of Kentucky seized computer equipment from the defendant, Kevin Dietz. On July 5, 2016, the defendant pled guilty to violation of 18 U.S.C. §§ 2251 and 2252A, as charged in Counts 2, 3 and 4 of the Superseding Indictment.

In lieu of forfeiture, the United States requests that the Court enter the attached proposed Order for Destruction and/or Disposal of Evidence.

                                                                   Respectfully submitted,

                                                                   RUSSELL M. COLEMAN
                                                                   UNITED STATES ATTORNEY

                                                                   s/ *A. Spencer McKiness*
                                                                  A.  Spencer McKiness
                                                                  Assistant U.S. Attorney
                                                                  717 W. Broadway
                                                                  Louisville, KY 40202
                                                                  (502) 582-5911

CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      s/ *A. Spencer McKiness*
                                      A.  Spencer McKiness
                                      Assistant U.S. Attorney