UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**                                                                            **CRIMINAL NO.  3:16CR-1-DJH**
*Electronically Filed*

**KEVIN DIETZ**                                                                   **DEFENDANT**

## ORDER FOR DESTRUCTION AND/OR DISPOSAL OF EVIDENCE

This matter is before the Court for consideration of the United States' Motion for Destruction and/or Evidence in this prosecution.

The Court having reviewed this matter and being otherwise sufficiently advised, IT IS HEREBY ORDERED:   The following property which was seized from the defendant Kevin Dietz, may be destroyed and disposed of in accordance with the FBI's rules and regulations regarding the destruction and/or disposal of seized property:

a. **Black Western Digital, My Passport Essential, external hard drive, SN: WD10000H-1U;**
b. **Toshiba Satellite P755-S5382 laptop, SN: SNXB127919K; and**
c. **Red Hewlitt Packard laptop model 15-p030nr, SN: 5CD5214V05.**