UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL NO.  3:16CR-1-DJH<br>*Electronically Filed* |
| KEVIN DIETZ | DEFENDANT |

## ORDER FOR DESTRUCTION AND/OR DISPOSAL OF EVIDENCE

This matter is before the Court for consideration of the United States' Motion for Destruction and/or Evidence in this prosecution.

The Court having reviewed this matter and being otherwise sufficiently advised, IT IS HEREBY ORDERED:   The following property which was seized from the defendant Kevin Dietz, may be destroyed and disposed of in accordance with the FBI's rules and regulations regarding the destruction and/or disposal of seized property:

a. Black Western Digital, My Passport Essential, external hard drive, SN: WD10000H-1U;
b. Toshiba Satellite P755-S5382 laptop, SN: SNXB127919K; and
c. Red Hewlitt Packard laptop model 15-p030nr, SN: 5CD5214V05.

September 4, 2018

**David J. Hale, Judge**
**United States District Court**